NEW YORK TELEPHONE CO. v. TREAT, Collector of Internal Revenue. (Circuit Court, S. D. New York. May 28, 1903.) Trial on the common-law side of the court, upon the stipulation as to facts and a deposition. Melville Egleston, for plaintiff. Henry L. Burnett and Henry A. Wise, for defendant.

LACOMBE, Circuit Judge. There is no proof of any contract whereby the plaintiff obligated itself, as part consideration for the $90, to insert its sub-

scribers' names in the telephone directory and distribute the same three times a year. Everything which it bound itself to do was merely incidental to transmitting messages, which, on the basis of $90 for 600, imports a charge of 15 cents for each. The complaint is dismissed.